IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

OTIS FINCH, JR.,

     Petitioner,

v.

Case No. 5D23-1190
LT Case No. 2006-CF-1828

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed April 28, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Otis Finch, Jr., Daytona Beach, pro se.

Ashley Moody, Attorney General Tallahassee, and, Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

     The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the September 22, 2021 order denying motion for postconviction relief filed in

Case 2006-CF-1828, Putnam County, Florida. <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EDWARDS, SOUD and MACIVER, JJ., concur.